**Entered on Docket**
**August 02, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 10-91583

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING, LP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>VICKI MURATORE,<br><br><br>             Debtor(s) | Case No.: BK-S-10-16549-MKN<br>Chapter 7 |
| BAC HOME LOANS SERVICING, LP FKA<br>COUNTRYWIDE HOME LOANS<br>SERVICING, LP,<br><br>             Secured Creditor,<br><br>vs<br><br>VICKI MURATORE, Debtor(s), LENARD E.<br>SCHWARTZER, Trustee,<br><br>             Respondent(s) | **ORDER TERMINATING THE**<br>**AUTOMATIC STAY**<br><br>Date:   July 14, 2010<br>Time:   01:30 P.M. |

1

1    The Motion for Relief having been properly served, with no opposition filed herein, the

2    Court makes its Order as follows:

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in

4    the above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor

5    of Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME

6    LOANS SERVICING, LP, as it pertains to the following described property: 1385 Morning Sun

7    Way, Las Vegas, NV  89110 ("Property" herein) and legally described as follows:

8    PARCEL ONE (1) AS SHOWN BY MAP THEREOF ON FILE IN FILE 24 OF
     PARCEL MAPS, PAGE 33, IN THE OFFICE OF THE COUNTY RECORDER
9    OF CLARK COUNTY, NEVADA.

10

11    IT IS SO ORDERED.

12    Submitted by:

13

14    DATED:  July 21, 2010_____        By:   /s/ Jeremy T. Bergstrom, Esq._____
                                           Jeremy T. Bergstrom, Esq.
15                                         Attorney for Secured Creditor
                                           BAC HOME LOANS SERVICING, LP FKA
16                                         COUNTRYWIDE HOME LOANS SERVICING,
                                           LP
17
      APPROVED/DISAPPROVED
18

19    DATED:_____        _____
                                        ZACHARIAH LARSON
20                                      Attorney for Debtor

21
      APPROVED/DISAPPROVED
22

23    DATED:_____        _____
                                        LENARD E. SCHWARTZER
24                                      Chapter 7 Trustee

2

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with Local Rule 9021, the undersigned certifies:

_____ The court waived the requirements of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 7 TRUSTEE:<br>Lenard E. Schwartzer<br>2850 S. Jones Blvd. #1<br>Las Vegas, NV  89146 |  |  | X |
| ATTORNEY FOR DEBTOR:<br>Zachariah Larson<br>Larson & Stephens<br>810 S. Casino Ctr. Blvd., Ste. 104<br>Las Vegas, NV 89101 |  |  | X |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

_____ /s/ Felicia McGhee _____
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

3